IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK HARBUCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-0342 |
| | § | |
| BRIGGS EQUIPMENT, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant Briggs Equipment's Motion for Summary Judgment (Document No. 33) is GRANTED, and Plaintiff Frank Harbuck's case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 31st day of July, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE